1  ROBERT J. DRABANT, ESQ. (SBN 84349)
   LAW OFFICE OF ROBERT J. DRABANT
2  1420 River Park Drive, #230
   Sacramento, California  95815
3  Telephone:  (916) 925-5800
   Facsimile:  (916) 925-8915
4
   Attorney for Plaintiff
5  ANTHONY JAMES MIDDLETON

6

7

8                    **IN THE UNITED STATES DISTRICT**

9              **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 ANTHONY JAMES MIDDLETON,          ) Case No. 2:12-CV-02096-JAM-AC
                                     )
12          Plaintiff,               ) **STIPULATION AND ORDER TO ELECT**
                                     ) **REFERRAL OF ACTION TO VOLUNTARY**
13 vs.                               ) **DISPUTE RESOLUTION PROGRAM**
                                     ) **(VDRP) PURSUANT TO LOCAL RULE**
14 UNITED STATES OF AMERICA,         ) **271**
                                     )
15          Defendant.               )
                                     )
16 _____   )

17      Pursuant to Local Rule 271, the parties hereby agree to

18 submit the above-entitled action to the Voluntary Dispute

19 Resolution Program.

20 DATED:  August 13, 2012      LAW OFFICE OF ROBERT J. DRABANT

21

22                               /s/ *Robert J. Drabant*
                                 ROBERT J. DRABANT
23                               Attorney for Plaintiff
                                 ANTHONY JAMES MIDDLETON
24

25

26 DATED:  November 20, 2012 ____/s/ *Chi Soo Kim*
   _____   Attorney(s) for Defendant
27                               UNITED STATES OF AMERICA

28 /////

                   STIP & ORDER TO ELECT REFERRAL OF ACTION TO VDRP - 1

1    Pursuant to the foregoing stipulation of the parties, the

2  above-entitled action is hereby ordered to the Voluntary Dispute

3  Resolution Program.

4    **IT IS SO ORDERED.**

5

6  DATED:  11/20/2012                    /s/ John A. Mendez_____

7                                        JUDGE OF THE U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF CALIFORNIA
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28